M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Jaclyn Kliewer, Esq.
Nevada Bar No. 14898
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas NV 89148
Telephone:   (702) 363-5100
Facsimile:    (702) 363-5101
E-mail:         cmeyer@messner.com
                    rfinch@messner.com
                    jkliewer@messner.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BERTHA MORA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH JOHN TOMASULO, individually; and DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.  2:19-cv-01423-GMN-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL** |

COMES NOW Defendant JOSEPH JOHN TOMASULO ("Defendant"), by and through his counsel of record, M. Caleb Meyer, Esq., Renee M. Finch, Esq., and Jaclyn M. Kliewer, Esq., of Messner Reeves LLP, and Plaintiff BERTHA MORA, by and through her counsel of record, Lawrence M. Ruiz, Esq. of the Ruiz Law Firm, and hereby stipulate and request that this Court continue the trial currently set for February 8, 2021 at 9:00 a.m.

This request is necessary as both parties' expert witnesses are experiencing scheduling difficulties due to the ongoing Covid-19 public health crisis. The parties' medical experts are facing additional demands in their daily practice resulting from the ongoing state of emergency. As such, the parties merely require additional time to assure that their respective experts are available to testify at

the time of trial. Additionally, Defendant resides in California and is concerned for his health and safety in traveling to Nevada at this time, due to the ongoing public health crisis.

The parties have conferred regarding their respective availability and propose the following trial dates: The weeks of August 23, 2021, August 30, 2021, October 4, 2021 and October 25, 2021 are available to both parties.

The parties further request a deadline for all dispositive Motions and Motions *in Limine* be set ninety (90) days before the date of trial.

No previous continuance of trial has been requested in this matter. This stipulation and request is entered into in good faith and not for purposes of delay.

APPROVED AS TO FORM AND CONTENT.

Dated this 15th day of January, 2021.                Dated this 15th day of January, 2021.

**MESSNER REEVES, LLP**                              **RUIZ LAW FIRM**

By: /s/ Renee M. Finch, Esq.                         By: /s/ Lawrence M. Ruiz, Esq.
   M. Caleb Meyer, Esq.                                 Lawrence M. Ruiz, Esq.
   Nevada Bar No. 13379                                 Nevada Bar No. 11451
   Renee M. Finch, Esq.                                 1055 Whitney Ranch Drive, Suite 110
   Nevada Bar No. 13118                                 Henderson, NV 89014
   Jaclyn M. Kliewer, Esq.                              *Attorney for Plaintiff*
   Nevada Bar. No. 14898
   8945 West Russel Road, Suite 300
   Las Vegas, Nevada 89148
   *Attorney for Defendant*                          **ORDER**

IT IS HEREBY ORDERED that the Jury Trial is continued to Monday, August 23, 2021, at 8:30 a.m. and Calendar Call is continued to Tuesday, August 17, 2021, at 9:00 a.m.

IT IS FURTHER ORDERED that the parties shall have until August 12, 2021, to file exhibit and witness lists, trial briefs, proposed voir dire, and proposed jury instructions.

January 26, 2021

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify I am an employee of MESSNER REEVES, LLP, and on this 15th day of October, 2020, I served a copy of the foregoing **STIPULATION AND ORDER TO CONTINUE TRIAL** was filed and served upon the following by the method indicated:

| | |
|---|---|
| Lawrence M. Ruiz, Esq.<br>RUIZ LAW FIRM<br>1055 Whitney Ranch Drive, Suite 110<br>Henderson, NV 89014<br>Email: lawrence@lmruizlaw.com<br>*Attorneys for Plaintiff* | ☒ via U.S. Mail<br>☐ via Hand Delivery<br>☐ via Facsimile<br>☐ via Overnight Delivery<br>☐ via CM/ECF<br>☒ via Electronic Mail |

/s/ *James Alvarado* _____
Employee of MESSNER REEVES LLP