M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Christina Mundy-Mamer, Esq.
Nevada Bar No. 13181
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas NV 89148
Telephone:      (702) 363-5100
Facsimile:       (702) 363-5101
E-mail:           cmeyer@messner.com
                      rfinch@messner.com
                      cmamer@messner.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BERTHA MORA, individually, | Case No.  2:19-cv-01423-GMN-BNW |
| Plaintiff, | |
| vs. | |
| JOSEPH JOHN TOMASULO, individually; and DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive, | **STIPULATION AND ORDER TO CONTINUE TRIAL** |
| Defendants. | |

COMES NOW Defendant JOSEPH JOHN TOMASULO ("Defendant"), by and through his counsel of record, M. Caleb Meyer, Esq., Renee M. Finch, Esq., and Christina Mundy-Mamer, Esq., of Messner Reeves LLP, and Plaintiff BERTHA MORA, by and through her counsel of record, Lawrence M. Ruiz, Esq. of the Ruiz Law Firm, and hereby stipulate and request that this Court continue the trial currently set for August 23, 2021 at 8:30 a.m.

This request is necessary as Defendant's counsel is currently scheduled to begin a firm trial on August 16, 2021 that is expected to last for three (3) weeks.  In addition, following the COVID-19 public health crisis, both parties' expert witnesses are experiencing scheduling difficulties. The parties' medical experts are also facing additional demands in their daily practice resulting from the extended state of emergency. As such, the parties merely require additional time to assure that their respective experts are available to testify at the time of trial.

1    The parties have conferred regarding their respective availability and propose the trial be continued to the January 24, 2022 stack as all parties are available.

   The parties further request a deadline for all dispositive Motions and Motions *in Limine* be set ninety (90) days before the date of trial.

   This is the second request for continuance of trial has been requested in this matter. This stipulation and request is entered into in good faith and not for purposes of delay.

APPROVED AS TO FORM AND CONTENT.

DATED this 16th day of July, 2021.             DATED this 16th day of July, 2021.

**MESSNER REEVES, LLP**                              **RUIZ LAW FIRM**

By: */s/ Christina Mundy-Mamer*                      By: */s/ Lawrence M. Ruiz*
    M. Caleb Meyer, Esq.                                 Lawrence M. Ruiz, Esq.
    Nevada Bar No. 13379                                 Nevada Bar No. 11451
    Renee M. Finch, Esq.                                 1055 Whitney Ranch Drive, Suite 110
    Nevada Bar No. 13118                                 Henderson, NV 89014
    Christina Mundy-Mamer, Esq.                          *Attorney for Plaintiff*
    Nevada Bar No. 13181
    8945 West Russel Road, Suite 300
    Las Vegas, Nevada 89148
    *Attorney for Defendant*

IT IS HEREBY ORDERED that the Stipulation is GRANTED in part and DENIED IN PART.

The Court GRANTS a continuance of trial to the January 24, 2022 trial stack.

The Court GRANTS an extension of the Motion in Limine deadline and a new deadline will be provided in the Order Regarding Trial.

The Court DENIES the parties request to extend the dispositive motions deadline.

IT IS SO ORDERED.

Dated this  30  day of July, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court