LAWRENCE RUIZ, ESQ.
Nevada Bar No. 11451
**RUIZ LAW FIRM**
1055 Whitney Ranch Drive, Suite 110
Henderson, NV 89014
Phone: (702) 850.1717
Fax: (702) 850.1716
lawrence@lmruizlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BERTHA MORA, individually;<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH JOHN TOMASULO, individually; and DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.:  2:19-cv-01423-GMN-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL** |

COMES NOW Plaintiff, BERTHA MORA, by and through her counsel of record LAWRENCE M. RUIZ, ESQ., of the RUIZ LAW FIRM, and Defendant JOSEPH JOHN TOMASULO, by and through his counsel of record CHRISTINA MUNDY-MAMER, ESQ., of MESSNER REEVES, LLP., and hereby stipulate and request that this Court continue the trial currently set for January 24, 2022, at 8:30 a.m.

This request is necessary as Plaintiff's counsel has recently brought in co-counsel to assist in the trying of this matter and they are unavailable for the current trial setting. In addition, following the COVID-19 public health crisis, both parties' expert witnesses are experiencing scheduling difficulties. The parties' medical experts are also facing additional demands in their

-1-

1  daily practice resulting from the extended state of emergency.  As such, the parties merely
2  require additional time to assure that their respective experts are available to testify at the time of
3  trial.
4
5  The parties have conferred regarding their respective availability and propose the trial be
6  continued to the April stack, as all parties are available.,
7  The parties further request a deadline for all dispositive Motions and Motions *in Limine*
8  be set ninety (90) days before the date of trial.
9  This is the third request for continuance of trial in this matter.  This stipulation and
10
11 request is entered into in good faith and not for the purposes of delay.
12 APPROVED AS TO FORM AND CONTENT.
13 RUIZ LAW FIRM                                         MESSNER REEVES, LLP.
14
15 */s/ Lawrence Ruiz*                                   */s/ Christina Mundy-Mamer*
   LAWRENCE RUIZ, ESQ.                                   M. CALEB MEYER, ESQ.
16 Nevada Bar No. 11451                                  Nevada Bar No. 13379
   1055 Whitney Ranch Drive, Suite 110                   RENEE M. FINCH, ESQ.
17 Henderson, NV 89014                                   Nevada Bar No. 13118
18 *Attorney for Plaintiff*                              CHRISTINA MUNDY-MAMER, Esq.
                                                          Nevada Bar no. 13181
19 IT IS HEREBY ORDERED that the                         8945 W. Russell Road, Suite 300
   Stipulation is GRANTED in part                        Las Vegas, NV 89148
20 and DENIED IN PART.                                   *Attorneys for Defendant*
21
   The Court GRANTS a continuance
22 of trial to the April 25,
   2022 trial stack.                                     IT IS SO ORDERED:
23
   The Court GRANTS an extension
24 of the Motion in Limine
   deadline and a new deadline                           _____
25 will be provided in the Order                         UNITED STATES DISTRICT JUDGE
   Regarding Trial.
26                                                       Dated: December 21, 2021
   The Court DENIES the parties
27 request to extend the
   dispositive motions deadline.
28

# Tammy Wagner

| | |
|---|---|
| **From:** | Lawrence Ruiz |
| **Sent:** | Tuesday, December 7, 2021 3:18 PM |
| **To:** | Tammy Wagner |
| **Subject:** | FW: Stip and Order.3rd Request |

Lawrence M. Ruiz, Esq.
**RUIZ LAW FIRM**
1055 Whitney Ranch Drive, Ste. 110
Henderson, NV 89014
702.850.1717 (p)
702.850.1716 (f)

This E-Mail has been sent as a confidential communication in furtherance of and for the purpose of facilitating the rendition of professional legal services. If you are not the addressee or the intended recipient, do not read this email. This email is protected by the attorney-client privilege and the work product doctrine. This e-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity. DO NOT PRODUCE A COPY OF THIS E-MAIL IN DISCOVERY. If you have received this message in error, or are not the named or intended recipient (s), please immediately notify the sender at (702) 850.1717 or  lawrence@lmruizlaw.com and delete this email message and any attachments from your workstation or network mail system.

**From:** Christina Mundy-Mamer <CMamer@messner.com>
**Sent:** Tuesday, December 7, 2021 3:17 PM
**To:** Lawrence Ruiz <lawrence@lmruizlaw.com>
**Subject:** RE: Stip and Order.3rd Request

Hi Lawrence:

You can affix my e-signature to this stipulation.

Sincerely,

**Christina Mundy Mamer**
Partner
**Messner Reeves LLP**
**M:** 702.363.5100 **E:** cmamer@messner.com
8945 W. Russell Road, Suite 300, Las Vegas, NV 89148

**From:** Lawrence Ruiz <lawrence@lmruizlaw.com>
**Sent:** Tuesday, December 7, 2021 12:15 PM
**To:** Christina Mundy-Mamer <CMamer@messner.com>
**Subject:** Stip and Order.3rd Request

Here is a draft. Let me know if you want me to change anything.

**Disclaimer**

1