UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| BERTHA MORA, | ) | |
|         Plaintiff, | ) | <u>JUDGE GLORIA M. NAVARRO'S</u> |
| vs. | ) | <u>ORDER REGARDING TRIAL</u> |
| JOSEPH JOHN TOMASULO, | ) | CASE NO. 2:19-cv-01423-GMN-BNW |
|         Defendant. | ) | |

1. Attached hereto is a list of the civil and criminal cases that are presently scheduled for the stacked trial calendar before the Honorable Gloria M. Navarro, U.S. District Judge, at Las Vegas, Nevada, commencing on **Monday, April 25, 2022, at 8:30 a.m. in Courtroom 7D**.

2. Counsel for all parties and all pro se parties shall appear in **Courtroom 7D** on **Tuesday, April 19, 2022, at 9:00 a.m. in Courtroom 7D** for Calendar Call. Unless a party in a civil case is appearing pro se, the individual parties will not be required to appear for Calendar Call, unless the Court directs otherwise. Defendants in criminal cases will be required to appear for Calendar Call, unless the Court directs otherwise.

3. Though the Court is not setting a pretrial status conference at this time, the parties are advised that the Court may, at any time, set this case for a pretrial status conference.

4. Counsel or their clients will be excused from Calendar Call if settlement papers have been filed in a civil case or a defendant's plea of guilty or nolo contendere has been accepted in a criminal case prior to the date scheduled for Calendar Call.

5. At the Calendar Call, all cases that remain to be tried will be ranked in order of trial. Thereafter, the Court will not grant a continuance to any party absent a showing of good cause. Unless the Court otherwise directs, the cases will be tried one after the other on **TWENTY-FOUR (24) HOURS'** notice from the clerk.

<u>CHANGE OF PLEA HEARINGS</u>. Hearings for the purpose of **change of plea** in criminal cases **will follow Calendar Call** unless otherwise set. It shall be the joint responsibility of counsel for Plaintiff United States and

for Defendant to ensure that a copy of the plea agreement is emailed to the Courtroom Administrator at Nicholas_Vaglio@nvd.uscourts.gov and a copy emailed to chambers at GMN_Chambers@nvd.uscourts.gov, **not later than 12:00 p.m. on THURSDAY, April 7, 2022.** It shall further be the responsibility of counsel for Plaintiff United States to ensure that any necessary produce orders are timely delivered to the United States Marshal to ensure the presence of all defendants who are in custody for change of plea, and to ensure proper notification for the attendance of any court interpreter who may be required for the particular case.

6. <u>PRETRIAL CONFERENCE</u>. At the request of any party, or at the direction of the Court, a Pretrial Conference may be scheduled for any case. Requests by the parties should be made to the Courtroom Administrator by no later than two (2) weeks before Calendar Call.

7. <u>WITNESSES</u>. Counsel, and any parties appearing pro se, shall immediately subpoena all witnesses for the time and trial date as listed above. Inasmuch as the cases will be tried in a trailing fashion, the subpoenas should contain a special instruction from counsel directing witnesses to contact the office of counsel for further instructions prior to appearing for trial. Witnesses are not required to be present at the Calendar Call.

8. **On or before THURSDAY, April 14, 2022**, and to the extent they haven't already done so in accordance with the Court's Joint Pretrial Order, or other order, **COUNSEL FOR ALL PARTIES, AND ANY PARTY APPEARING PRO SE, SHALL COMPLY WITH THE FOLLOWING:**

    a. **<u>STIPULATIONS FOR CONTINUANCE OF TRIAL DATE</u>**. Shall file with the Clerk of Court all stipulations for continuance of trial date. Stipulations shall conform with the requirements of LR 6-1 and LR 7-1, or LCR 45-1 and LCR 45-4, as appropriate.

    b. **<u>MOTIONS IN LIMINE</u>**. In criminal cases, shall electronically file all motions in limine with the Clerk of Court. Responses shall be due seven days prior to calendar call. Replies will be allowed only with leave of the Court. In civil cases, shall file the original of all motions in limine and oppositions thereto with the Clerk of Court as prescribed in Local Rule 16-3.

    c. **<u>STATEMENT OF THE CASE</u>**. Shall file with the Clerk of Court a brief statement of the case, no longer than one-half page, stating the nature of the claims and defenses, to be read to prospective jurors at the time of jury selection. In a criminal case, a copy of the Indictment, <u>indicating which portions should be read to the jury, will satisfy this requirement</u>.

    d.  **SUGGESTED VOIR DIRE QUESTIONS**:  Shall file with the Clerk of Court all suggested voir dire questions to be asked of the jury panel by the Court.

    e.  **WITNESS LISTS**.  Shall file with the Clerk of Court the original list of witnesses expected to be called on behalf of each party for use by the Court during jury selection.

    f.  **EXHIBIT LISTS**.  Shall file with the Clerk of Court the original complete exhibit list of all exhibits intended to be used during the trial.  At the same time, each party shall serve upon all other parties a copy of the same.  The exhibits are to be listed on a form provided by the Clerk's Office, or obtained from the Court's website *www.nvd.uscourts.gov* and may be computer-generated, if they conform to the requirements of the form that is provided by the clerk.

    g.  **MARKING EXHIBITS**.  Shall meet, confer, pre-mark and exchange all trial exhibits. Plaintiffs shall use numerals 1 through 4,999 and Defendants shall use numerals 5,000 through 9,999.  Exhibits that are on the same subject matter may be marked as a series, that is, Plaintiffs 1-A, 1-B, or 1-1, 1-2, etc. and Defendants 5,000-A, 5,000-B, or 5000-1, 5,000-2, etc. Counsel shall notify the Courtroom Administrator that the exhibits have been pre-marked.

    h.  **EXHIBITS**.  If a party's total documentary exhibits exceed 15 pages, the party's exhibits are to be placed in a 3-ring binder with numbered dividers. The binder shall be clearly marked on the front and side with the case caption and number and the sequence of exhibits. At the commencement of trial, counsel shall provide the Courtroom Administrator with the binder containing the original exhibits and a courtesy set for the trial judge. The exhibits shall remain in the custody of the clerk, unless otherwise ordered. If electronic exhibits are being provided, see "Jury Evidence Recording System (JERS)" section below.

    i.  **JURY EVIDENCE RECORDING SYSTEM (JERS)**:  The Court is implementing a new system for electronic submission of exhibits to the Court.  Attorneys should provide their trial exhibits in electronic format on a USB drive, DVD, or CD to the office of the Clerk of Court a minimum of seven (7) days prior to the start of trial.

    All electronic evidence should be provided using the following formats:

- Documents and Photographs:  .pdf, .jpg, .bmp, .tif, .gif

- Video and Audio Recordings:  .avi, .wmv, .mpg, .mp3, .mp4, .wma, .wav

Regarding the file size of electronic evidence, individual files should not exceed 500MB.  If possible, exhibits approaching or exceeding this size limit should be separated into multiple files.  Parties may obtain additional information regarding the submission of electronic exhibits by contacting the Clerk's Office.  If electronic exhibits are provided to the Court, only one physical set of exhibits shall be required for the Court and the trial judge's copy will not be required. The parties may contact the Courtroom Administrator with any questions regarding this procedure.

j.  **JURY INSTRUCTIONS**.  Shall jointly file with the Clerk of Court one (1) original set of agreed upon jury instructions and proposed verdict forms.  A copy of the agreed upon jury instructions and verdict forms shall also be submitted in **Microsoft Word** format to chambers by email to *GMN_Chambers@nvd.uscourts.gov*.  The parties shall electronically file additional proposed jury instructions and verdict forms but also submit them in Word format to the chambers email address.  The latter must include the authority and argument for each instruction.  Any modifications of instructions from statutory authority, the Ninth Circuit Manual of Model Jury Instructions, or any other model instructions, must specifically state the modification made to the original source and the authority and argument supporting the modification.

k.  **CIVIL CASES:  TRIAL BRIEFS AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**.  Shall file with the Clerk of Court a Trial Brief in all civil cases.  Additionally, in all civil cases to be tried before the Court sitting without a jury, the parties shall file proposed Findings of Fact and Conclusions of Law.  The proposed Findings and Conclusions shall also be submitted to chambers by email to *GMN_Chambers@nvd.uscourts.gov* in **Microsoft Word** format.

l.  **CRIMINAL CASES:  TRIAL BRIEFS**.  The Government counsel shall submit a copy of the Government's trial brief (marked confidential) to the Courtroom Administrator for submission to the trial judge.  The original of the Government's trial brief shall be filed in open Court and a copy served upon defense counsel on the date of trial prior to trial commencement. Defense counsel may file a trial brief.  If defense counsel elects to file a trial brief, the same shall be filed and served upon Government counsel prior to the defense commencing its side of the case.

9. <u>TRIAL SCHEDULE</u>. Trial will generally begin at 9:00 a.m. and end at 5:00 p.m. Monday through Friday. However, parties should plan to be available between 8:00 a.m. and 9:00 a.m. each day of trial to address matters outside the presence of the jury. This standard trial schedule may be modified for good cause, however requests should be submitted at Calendar Call or before the written trial schedule is issued to jurors.

10. <u>USE OF EVIDENCE DISPLAY EQUIPMENT</u>. Counsel wishing to use the Court's evidence display equipment should contact the Courtroom Administrator during the week before trial for training or instruction and availability for use at trial.

11. <u>EXPEDITED OR DAILY TRANSCRIPTS</u>. Any party that will require expedited or daily transcripts shall notify the ***Electronic Court Recorder Operator (ECRO), at 702-464-5434***, immediately upon receipt of this order. The ECRO will provide instructions with respect to expedited or daily transcripts. Failure to timely notify the ECRO may result in an inability to provide expedited or daily transcripts.

12. <u>SANCTIONS</u>.  As provided for under the Local Rules of Practice of this Court, the Court will consider the imposition of sanctions against any attorney or party appearing pro se who (1) fails to timely comply with the provisions of this Order including, but not limited to, the failure to appear for Calendar Call without having been excused by the Court or the clerk with the permission of the Court; or (2) fails to timely comply with any other order that schedules deadlines for trial preparation.

13. <u>TRIAL JUDGE</u>.  Although the cases listed on the attached trial calendar are assigned to the undersigned, the cases may proceed to trial before another Nevada district judge or a visiting district judge.

14. <u>CONSENT TO TRIAL BEFORE A MAGISTRATE JUDGE</u>.  All parties in civil actions are reminded of their right, subject to the approval of the undersigned, to consent to trial before a United States Magistrate Judge pursuant to Title 28, United States Code, Section 636(c)(2). The right to proceed before a magistrate judge in a civil case includes those cases which will be tried before a jury as well as those cases to be tried before the Court sitting without a jury.  Any appeal from a judgment resulting in a trial before a magistrate judge shall be taken directly to the United States Court of Appeals.

15. <u>CONTACT PERSON</u>. All questions and information regarding the trial calendar are to be directed to **NICK VAGLIO**, Courtroom Administrator, at *Nicholas_Vaglio@nvd.uscourts.gov* or (702) 464-5472.

16. The date of the Clerk's file mark shall constitute the date of this Order.

IT IS SO ORDERED.

_____
**GLORIA M. NAVARRO, JUDGE
UNITED STATES DISTRICT COURT**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, APRIL 25, 2022**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT JUDGE

| NEV | | Araceli Bareng |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:19-cr-00295-GMN-NJK        UNITED STATES OF AMERICA
                             v.
**JURY TRIAL**              MARIO CASTRO (1)

COUNSEL FOR GOVERNMENT:      COUNSEL FOR DEFENDANT:

Daniel Hollingsworth, AUSA   Brian Pugh, AFPD

Nicholas Dickinson, AUSA

Daniel Zytnick, AUSA

Timothy Finley, AUSA

Richard (Tony) Lopez, AUSA

James Blum, AUSA


**JURY TRIAL**              JOSE SALUD CASTRO (2)

                             INTERPRETER

COUNSEL FOR GOVERNMENT:      COUNSEL FOR DEFENDANT:

Daniel Hollingsworth, AUSA   Osvaldo Fumo, CJA

Nicholas Dickinson, AUSA

Daniel Zytnick, AUSA

Timothy Finley, AUSA

Richard (Tony) Lopez, AUSA

James Blum, AUSA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, APRIL 25, 2022**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT JUDGE

| NEV | | Araceli Bareng |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

**JURY TRIAL**                                              SALVADOR CASTRO (3)

                                                            INTERPRETER

COUNSEL FOR GOVERNMENT:                                     COUNSEL FOR DEFENDANT:
Daniel Hollingsworth, AUSA                                  Donald Green, Esq.
Nicholas Dickinson, AUSA
Daniel Zytnick, AUSA
Timothy Finley, AUSA
Richard (Tony) Lopez, AUSA
James Blum, AUSA


**JURY TRIAL**                                              MIGUEL CASTRO (4)

COUNSEL FOR GOVERNMENT:                                     COUNSEL FOR DEFENDANT:
Daniel Hollingsworth, AUSA                                  Yi Lin Zheng, CJA
Nicholas Dickinson, AUSA
Daniel Zytnick, AUSA
Timothy Finley, AUSA
Richard (Tony) Lopez, AUSA
James Blum, AUSA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, APRIL 25, 2022**

PRESENT:
<u>THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT JUDGE</u>

| NEV | | Araceli Bareng |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

**JURY TRIAL**                       JOSE LUIS MENDEZ (5)

INTERPRETER

COUNSEL FOR GOVERNMENT:            COUNSEL FOR DEFENDANT:
Daniel Hollingsworth, AUSA         Telia Williams, CJA
Nicholas Dickinson, AUSA
Daniel Zytnick, AUSA
Timothy Finley, AUSA
Richard (Tony) Lopez, AUSA
James Blum, AUSA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, APRIL 25, 2022**

PRESENT:
<u>THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT JUDGE</u>

| NEV | | Araceli Bareng |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

<u>**8:30 A.M.**</u>

2:21-cr-00026-GMN-BNW               UNITED STATES OF AMERICA
                                                         v.
**JURY TRIAL**                                  GEORGE WASHINGTON SIMS (1)

COUNSEL FOR GOVERNMENT:           COUNSEL FOR DEFENDANT:
Daniel Hollingsworth, AUSA                   Thomas Ericsson, CJA
Lisa Cartier-Giroux, AUSA                     James Oronoz, CJA
Bianca Pucci, AUSA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, APRIL 25, 2022**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT JUDGE

| NEV | | Araceli Bareng |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

| 2:21-cr-00181-GMN-DJA | UNITED STATES OF AMERICA |
| | v. |
| **JURY TRIAL** | NORBERT IKWUEGBUNDO (1) |

| COUNSEL FOR GOVERNMENT: | COUNSEL FOR DEFENDANT: |
| Kimberly Frayn, AUSA | Nisha Brooks-Whittington, AFPD |

| **JURY TRIAL** | OMONIYI JOHNATHAN OMOTERE (2) |

| COUNSEL FOR GOVERNMENT: | COUNSEL FOR DEFENDANT: |
| Kimberly Frayn, AUSA | Nadia Ahmed, CJA |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, APRIL 25, 2022**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT JUDGE

| NEV | | Araceli Bareng |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:21-cr-00199-GMN-DJA           UNITED STATES OF AMERICA
                                v.
**JURY TRIAL**                  RENE MORALES (1)


COUNSEL FOR GOVERNMENT:         COUNSEL FOR DEFENDANT:
Rachel Kent, AUSA               Robert Draskovich, Esq.
Cassandra Barnum, AUSA



**JURY TRIAL**                  HECTOR VASQUEZ (2)


COUNSEL FOR GOVERNMENT:         COUNSEL FOR DEFENDANT:
Rachel Kent, AUSA               Gary Modafferi, Esq.
Cassandra Barnum, AUSA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, APRIL 25, 2022**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT JUDGE

| NEV | | Araceli Bareng |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:21-cr-00270-GMN-DJA

**JURY TRIAL**

UNITED STATES OF AMERICA
v.
ERIC FINLEY (1)

COUNSEL FOR GOVERNMENT:

Kimberly Sokolich, AUSA

COUNSEL FOR DEFENDANT:

Joanne Diamond, AFPD