**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BERTHA MORA, individually, ) <br> ) <br>          Plaintiff, ) <br> vs. ) <br> ) <br> JOSEPH JOHN TOMASULO, individually; ) <br> and DOES 1 through 10; and ROE ENTITIES ) <br> 11 through 20, inclusive, ) <br> ) <br>          Defendant. ) <br> ) | Case No.: 2:19-cv-01423-GMN-BNW <br><br> **ORDER** |

Pending before the Court is the parties' Stipulation to Continue Trial, (ECF No. 48). After reviewing the Stipulation, **IT IS HEREBY ORDERED**:

1) The Stipulation to Continue Trial, (ECF No. 48), is **GRANTED in part and DENIED in part**;

2) The jury trial currently set for April 25, 2022, is **VACATED** and continued to October 17, 2022, at 8:30 a.m., the calendar call currently set for April 19, 2022, is **VACATED** and continued to October 11, 2022, at 9:00 a.m. in Courtroom 7D, and the Master Trial Scheduling Conference currently set for April 5, 2022, is **VACATED**;

3) Any motions in limine must be submitted by July 19, 2022;

///
///
///
///
///

4) The parties' request to extend the dispositive motions deadline is **DENIED**. The deadline to file dispositive motions has passed, and the parties did not stipulate or move the Court to extend the deadline prior to the deadline passing. (*See* Min. Order, ECF No. 18) (setting an August 18, 2020, deadline for dispositive motions).

DATED this __30__ day of March, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT