M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Christina Mundy, Esq.
Nevada Bar No. 13181
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas NV 89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
E-mail:   cmeyer@messner.com
   rfinch@messner.com
   cmundy@messner.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BERTHA MORA, individually, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH JOHN TOMASULO, individually; and DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive, <br><br> Defendants. | Case No.  2:19-cv-01423-GMN-BNW <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Defendant JOSEPH JOHN TOMASULO, by and through counsel of record, M. Caleb Meyer, Esq., Renee M. Finch, Esq., and Christina Mundy, Esq., of MESSNER REEVES, LLP, and Plaintiff BERTHA MORA, by and through counsel of record, Lawrence M. Ruiz, Esq. of RUIZ LAW FIRM, that the above-entitled matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each of the parties to pay their own attorneys' fees and costs incurred herein.

///
///
///
///
///

    IT IS FURTHER STIPULATED that the trial currently scheduled to commence on January 9, 2023, shall be vacated.

DATED this __2nd__ day of ~~January~~ February, 2023.       DATED this __1st__ day of ~~January~~ Feb, 2023.

**MESSNER REEVES, LLP**        **RUIZ LAW FIRM**

/s/ Christina Mundy

_____        _____
M. Caleb Meyer, Esq.        Lawrence M. Ruiz, Esq.
Nevada Bar No. 13379        Nevada Bar No. 11451
Renee M. Finch, Esq.        1055 Whitney Ranch Drive, Suite 110
Nevada Bar No. 13118        Henderson, NV 89014
Christina Mundy, Esq.        *Attorney for Plaintiff*
Nevada Bar No. 13181
8945 West Russel Road, Suite 300
Las Vegas, Nevada 89148
*Attorney for Defendant*

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __2__ day of February, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT